# EXHIBIT A

PLEASE READ YOUR POLICY CAREFULLY. IF YOU HAVE AN ACCIDENT, CONTACT YOUR STATE FARM AGENT OR ONE OF OUR CLAIM OFFICES AT ONCE. (SEE "REPORTING A CLAIM-INSURED'S DUTIES" IN THIS POLICY.)

Authorized Representative

State Farm Mutual Automobile Insurance Company, Home Office, Bloomington, Illinois

Georgia-South Carolina Office • 11350 Johns Creek Parkway • Duluth, Georgia 30098-0001

# YOUR STATE FARM CAR POLICY



PLAINTIFF'S EXHIBIT
**A**

Georgia

## STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
### BLOOMINGTON, ILLINOIS
#### A MUTUAL COMPANY

## DEFINED WORDS
### WHICH ARE USED IN SEVERAL PARTS OF THE POLICY

We define some words to shorten the policy. This makes it easier to read and understand. Defined words are printed in boldface italics. *You* can pick them out easily.

*Bodily Injury* – means physical bodily injury to a *person* and sickness, disease or death which results from it.

*Car* – means a land motor vehicle with four or more wheels, which is designed for use mainly on public roads. It does not include:

1. any vehicle while located for use as a dwelling or other premises; or

2. a truck-tractor designed to pull a trailer or semitrailer.

*Car Business* – means a business or job where the purpose is to sell, lease, repair, service, transport, store or park land motor vehicles or trailers.

*Insured* – means the *person, persons* or organization defined as *insureds* in the specific coverage. If the information *you* have provided State Farm is incorrect or incomplete, or changes during the policy period, State Farm may decrease or increase the premium during the policy period as set out in the provision titled **Premium** of the Conditions section of this policy.

*Loss* – defined in Sections IV and V.

*Newly Acquired Car* – means a *replacement car* or an *additional car.*

*Replacement Car* – means a *car* newly owned by or newly leased to *you* or *your spouse* that replaces *your car*. This policy will only provide coverage for the *replacement car* if *you* or *your spouse*:

1. tell us about it within 30 days after its delivery to *you* or *your spouse*; and

2. pay us any added amount due.

*Additional Car* – means an added *car* newly owned by or newly leased to *you* or *your spouse*. This policy will only provide coverage for the *additional car* if:

1. it is a *private passenger car* and we insure all other *private passenger cars;* or

2. it is other than a *private passenger car* and we insure all *cars*

owned by or leased to *you* or *your spouse* on the date of its delivery to *you* or *your spouse.*

This policy provides coverage for the *additional car* only until the earlier of:

1. 12:01 A.M. Standard Time at the address shown on the declarations page on the 31st day after the delivery of the *car* to *you* or *your spouse;* or

2. the effective date and time of a policy issued by us or any other company that describes the *car* on its declarations page.

*You* or *your spouse* may apply for a policy that will provide coverage beyond the 30th day for the *additional car*. Such policy will be issued only if both the applicant and the vehicle are eligible for coverage at the time of application.

If a *newly acquired car* is not otherwise afforded comprehensive or collision coverage by this or any other policy, this policy will provide the comprehensive or collision coverage

2
9811A

not otherwise provided for the *newly acquired car*. If such coverage is provided by this paragraph, it will apply only until 12:01 A. M. Standard Time at the address shown on the declarations page on the sixth day after the delivery of the *car* to *you* or *your spouse*. Any comprehensive or collision coverage provided by this paragraph is subject to a deductible of $500.

*Non-Owned Car* – means a *car* not owned by, registered to or leased to:

1. *you*, *your spouse*;

2. any *relative* unless at the time of the accident or *loss*:

   a. the *car* currently is or has within the last 30 days been insured for liability coverage; and

   b. the driver is an *insured* who does not own or lease the *car*;

3. any other *person* residing in the same household as *you*, *your spouse* or any *relative*; or

4. an employer of *you*, *your spouse* or any *relative*.

*Non-owned car* does not include a *car* which has been operated or rented by or in the possession of an *insured* during any part of each of the last 21 or more consecutive days. If the *insured* is an *insured* under one or more other car policies issued by us, the 21 day limit is increased by an additional 21 days for each such additional policy.

A *non-owned car* must be a *car* in the lawful possession of the *person* operating it.

*Occupying* – means in, on, entering or alighting from.

*Owner* – means the *person* or organization in whose name the *car* or vehicle is registered; except that:

1. if no registration is in effect at the time of the accident, it means the *person* or

anization who holds the legal title to the *car* or vehicle;

2. if the *car* or vehicle is subject to a lien or security agreement with the debtor having the right to possession, it means the debtor; and

3. if the *car* or vehicle is rented, leased with an option to buy, or leased for twelve months or more under a written contract, it means the lessee.

*Person* – means a human being.

*Private Passenger Car* – means a *car*:

1. with four wheels;

2. of the private passenger or station wagon type; and

3. designed solely to carry *persons* and their luggage.

*Relative* – means a *person* related to *you* or *your spouse* by blood, marriage or adoption who resides primarily with *you*. It includes *your* unmarried and unemancipated child away at school.

*Spouse* – means *your* husband or wife who resides primarily with *you*.

*Temporary Substitute Car* – means a *car* not owned by or leased to *you* or *your spouse* if it replaces *your car* for a short time. Its use has to be with the consent of the owner. *Your car* has to be out of use due to its breakdown, repair, servicing, damage or *loss*. A *temporary substitute car* is not considered a *non-owned car*.

*Utility Vehicle* – means a motor vehicle with:

1. a pickup, panel or van body; and

2. a Gross Vehicle Weight of 10,000 pounds or less.

*You* or *Your* – means the named insured or named insureds shown on the declarations page.

*Your Car* – means the *car* or the vehicle described on the declarations page but only while *you* are the *owner*.

3

9811A

## DECLARATIONS CONTINUED

We, the State Farm Mutual Automobile Insurance Company, agree to insure *you* according to the terms of this policy based:

1. on *your* payment of premium for the coverages *you* chose; and

2. in reliance on *your* statements in these declarations.

*You* agree, by acceptance of this policy that:

1. the statements in these declarations are *your* statements and are true; and

2. we insure *you* on the basis *your* statements are true; and

3. this policy contains all of the agreements between *you* and us or any of our agents.

Unless otherwise stated in the exceptions spa on the declarations page, *your* statements are

1. Ownership. *You* are the sole owner *your car*.

2. Insurance and License History. Neith *you* nor any member of *your* hous hold within the past three years had:

   a. vehicle insurance canceled by insurer; or

   b. a license to drive or vehicle reg tration suspended, revoked or fused.

3. Use. *Your car* is used for pleasure a business.

## WHEN AND WHERE COVERAGE APPLIES

### When Coverage Applies

The coverages *you* chose apply to accidents and *losses* that take place during the policy period.

The policy period is shown under "Policy Period" on the declarations page and is for successive periods of six months each for which *you* pay the renewal premium. Payments must be made on or before the end of the current policy period. The policy period begins and ends at 12:01 A.M. Standard Time at the address shown on the declarations page.

### Where Coverage Applies

The coverages *you* chose apply:

1. in the United States of America, its ritories and possessions or Canada;

2. while the insured vehicle is b shipped between their ports.

The liability, medical payments and phys damage coverages also apply in Mexico wi 50 miles of the United States border. A ph cal damage coverage *loss* in Mexico is d mined on the basis of cost at the nearest Ur States point.

Death, dismemberment and loss of sight loss of earnings coverages apply anywhe the world.

4
9811A

# FINANCED VEHICLES

If a creditor is shown in the declarations, we may pay any comprehensive or collision *loss* to:

1. *you* and, if unpaid, the repairer; or

2. *you* and such creditor, as its interest may appear, when we find it is not practical to repair *your car*; or

3. the creditor, as to its interest, if *your car* has been repossessed.

When we pay the creditor for *loss* for which *you* are not covered, we are entitled to the creditor's right of recovery against *you* to the extent of our payment. Our right of recovery shall not impair the creditor's right to recover the full amount of its claim.

The coverage for the creditor's interest only is valid until we terminate it. We will not terminate such coverage because of:

1. any act or negligence of the owner or borrower; or

2. a change in the ownership or interest unknown to us, unless the creditor knew of it and failed to tell us within 10 days; or

3. an error in the description of the vehicle.

# REPORTING A CLAIM — INSURED'S DUTIES

1. **Notice to Us of an Accident or Loss**

   a. The *insured* must give us or one of our agents written notice of the accident or *loss* as soon as reasonably possible. The notice must give us:

      (1) *your* name; and

      (2) the names and addresses of all *persons* involved; and

      (3) the hour, date, place and facts of the accident or *loss*; and

      (4) the names and addresses of witnesses.

   b. Notice of an accident may be submitted by a *person* making claim against the *insured* if:

      (1) the *insured* has not reported the accident within 30 days after the date of the accident; and

      (2) the notice is sent by registered mail.

2. **Notice to Us of Claim or Suit**

   If a claim or suit is made against an *insured,* that *insured* must at once send us every demand, notice or claim made and every summons or legal process received. That *insured* also shall answer questions under oath when asked by anyone we name, as often as we reasonably ask, and sign copies of the answers.

3. **Other Duties Under the Physical Damage Coverages**

   When there is a *loss, you* or the owner of the property also shall:

   a. make a prompt report to the police when the *loss* is the result of theft or larceny.

   b. protect the damaged vehicle. We will pay any reasonable expense incurred to do so.

   c. show us the damage, when we ask.

5

9811A

d. provide all records, receipts and invoices, or certified copies of them. We may make copies.

e. answer questions under oath when asked by anyone we name, as often as we reasonably ask, and sign copies of the answers.

**4. Other Duties Under Medical Payments, Uninsured Motor Vehicle, Death, Dismemberment and Loss of Sight and Loss of Earnings Coverages**

Any *person* who suffers a *bodily injury* which results in a medical payments coverage claim must notify us of the claim in writing as soon as reasonably possible after the *person's* first examination or treatment resulting from the *bodily injury*. Another *person* may give us the required notice on behalf of the injured *person*.

The *person* making claim also shall:

a. under the medical payments, uninsured motor vehicle, death, dismemberment and loss of sight and loss of earnings coverages:

(1) give us all the details about the death, injury, treatment and other information we need to determine the amount payable.

(2) be examined by physicians chosen and paid by us as often as we reasonably may require. A copy of the report will be sent to the *person* upon written request. The *person*, or his or her legal representative if the *person* is dead or unable to act, shall authorize us to obtain all medical reports and records.

(3) answer questions under oath when asked by anyone we name, as often as we reasonably ask, and sign copies of the answers.

b. under the uninsured motor vehicle coverage:

(1) report a "hit-and-run" accident to the police within 10 days and to us within 30 days.

(2) let us see the insured *car* the *person occupied* in the accident and any damaged property.

(3) if making claim for damage to property, give us a sworn proof of loss within 60 days of the accident.

This proof must state as to the property:

(a) who owns it and how much they own;

(b) the amount of any claims or liens;

(c) its value at the time of the accident; and

(d) details of the accident and any other insurance on it.

(4) send us at once a copy of all suit papers when the party liable for the accident is sued for these damages.

c. under the death, dismemberment and loss of sight and loss of earnings coverages, give us proof of claim on forms we furnish.

**5. Insured's Duty to Cooperate With Us**

a. The *insured* shall cooperate with us and, when asked, assist us in:

(1) making settlements;

(2) securing and giving evidence;

(3) attending, and getting witnesses to attend, hearings and trials.

b. The *insured* shall not, except at his or her own cost, voluntarily:

(1) make any payment or assume any obligation to others; or

(2) incur any expense, other than first aid to others.

6
9811A

## SECTION I — LIABILITY — COVERAGE A

*You* have this coverage if "A" appears in the "Coverages" space on the declarations page.
We will:

1. pay damages which an *insured* becomes legally liable to pay because of:

   a. *bodily injury* to others, and

   b. damage to or destruction of property including loss of its use,

   caused by accident resulting from the ownership, maintenance or use of *your car;* and

2. defend any suit against an *insured* for such damages with attorneys hired and paid by us. We will not defend any suit after we have paid the applicable limit of our liability for the accident which is the basis of the lawsuit.

In addition to the limits of liability, we will pay for an *insured* any costs listed below resulting from such accident.

1. Court costs of any suit for damages that we defend.

2. Interest on damages owed by the *insured* due to a judgment and accruing:

   a. after the judgment, and until we pay, offer or deposit in court the amount due under this coverage; or

   b. before the judgment, where owed by law, and until we pay, offer or deposit in court the amount due under this coverage, but only on that part of the judgment we pay.

3. Premiums or costs of bonds:

   a. to secure the release of an *insured's* property attached under a court order;

   b. required to appeal a decision in a suit for damages if we have not

   paid our limit of liability that applies to the suit; and

   c. up to $250 for each bail bond needed because of an accident or related traffic law violation.

   We have no duty to furnish or apply for any bonds. The amount of any bond we pay for shall not be more than our limit of liability.

4. Expenses incurred by an *insured*:

   a. for loss of wages or salary up to $100 per day if we ask the *insured* to attend the trial of a civil suit.

   b. for first aid to others at the time of the accident.

   c. at our request.

We have the right to investigate, negotiate and settle any claim or suit.

### Coverage for the Use of Other Cars

The liability coverage extends to the use, by an *insured*, of a *newly acquired car,* a *temporary substitute car* or a *non-owned car.*

### Who Is an Insured

When we refer to *your car,* a *newly acquired car* or a *temporary substitute car, insured* means:

1. *you*;

2. *your spouse*;

3. the *relatives* of the first *person* named in the declarations;

4. any other *person* while using such a *car* if its use is within the scope of consent of *you* or *your spouse*; and

5. any other *person* or organization liable for the use of such a *car* by one of the above *insureds.*

7
9811A

When we refer to a **non-owned car, insured** means:

i. the first **person** named in the declarations;

2. his or her **spouse**;

3. their **relatives**; and

4. any **person** or organization which does not own or hire the **car** but is liable for its use by one of the above **persons**.

THERE IS NO COVERAGE FOR **NON-OWNED CARS**:

1. IF THE DECLARATIONS STATE THE "USE" OF **YOUR CAR** IS OTHER THAN "PLEASURE AND BUSINESS"; OR

2. WHILE:

   a. BEING REPAIRED, SERVICED OR USED BY ANY **PERSON** WHILE THAT **PERSON** IS WORKING IN ANY **CAR BUSINESS**; OR

   b. USED IN ANY OTHER BUSINESS OR OCCUPATION. This does not apply to a **private passenger car** driven or **occupied** by the first **person** named in the declarations, his or her **spouse** or their **relatives**.

## Trailer Coverage

The liability coverage extends to the ownership, maintenance or use, by an **insured**, of:

1. trailers designed to be pulled by a **private passenger car** or a **utility vehicle,** except those trailers in 2.a. below.

   Farm implements and farm wagons are considered trailers while pulled on public roads by a **car** we insure for liability.

   These trailers are not described in the declarations and no extra premium is charged.

2. the following trailers only if they are described on the declarations page and extra premium is paid:

   a. trailers designed to be pulled by a **private passenger car** or a **utility vehicle**:

      (1) if designed to carry **persons**; or

      (2) while used with a motor vehicle whose use is shown as "commercial" on the declarations page (trailers used only for pleasure use are covered even if not described and no extra premium paid); or

      (3) while used as premises for office, store or display purposes; or

   b. trailers not designed to be pulled by a **private passenger car** or a **utility vehicle**.

When we refer to trailer coverage, **insured** means:

1. **you**;

2. **your spouse**;

3. the **relatives** of the first **person** named in the declarations;

4. any other **person** while using **your car**, a **newly acquired car** or a **temporary substitute car,** if its use is within the scope of consent of **you** or **your spouse**; and

5. any other **person** or organization liable for the use of a covered trailer by one of the above **insureds**.

THERE IS NO COVERAGE WHEN A TRAILER IS USED WITH A MOTOR VEHICLE THAT IS NOT COVERED UNDER THE LIABILITY COVERAGE OF THIS POLICY.

## Limits of Liability

The amount of bodily injury liability coverage is shown on the declarations page under "Limits of Liability – Coverage A – Bodily Injury, Each Person, Each Accident". Under "Each Person,

8

9811A

is the amount . coverage for all damages due to *bodily injury* to one *person*. *"Bodily injury* to one *person"* includes all injury and damages to others resulting from this *bodily injury*. Under "Each Accident" is the total amount of coverage, subject to the amount shown under "Each Person", for all damages due to *bodily injury* to two or more *persons* in the same accident.

The amount of property damage liability coverage is shown on the declarations page under "Limits of Liability – Coverage A – Property Damage. Each Accident".

We will pay damages for which an *insured* is legally liable up to these amounts.

The limits of liability are not increased because more than one *person* or organization may be an *insured.*

A motor vehicle and attached trailer are one vehicle. Therefore, the limits are not increased.

**When Coverage A Does Not Apply**

In addition to the limitations of coverage in **Who Is an Insured** and **Trailer Coverage**:

THERE IS NO COVERAGE:

1. WHILE ANY VEHICLE INSURED UNDER THIS SECTION IS:

    a. RENTED OR LEASED TO OTHERS.

    b. USED TO CARRY *PERSONS* FOR A CHARGE. This does not apply to the use on a share expense basis of:

        (1) a *private passenger car*; or

        (2) a *utility vehicle*, if all passengers are riding in that area of the vehicle designed by the manufacturer of the vehicle for carrying passengers.

    c. BEING REPAIRED. SERVICED OR USED BY ANY *PERSON* EMPLOYED OR ENGAGED IN

ANY WAY IN A *CAR BUSINESS*. This does not apply to:

(1) *you* or *your spouse;*

(2) any *relative;*

(3) any resident of *your* household; or

(4) any agent. employee or partner of *you, your spouse*, any *relative* or such resident.

This coverage is excess for (3) and (4) above.

2. FOR ANY *BODILY INJURY* TO:

    a. A FELLOW EMPLOYEE WHILE ON THE JOB AND ARISING FROM THE MAINTENANCE OR USE OF A VEHICLE BY ANOTHER EMPLOYEE IN THE EMPLOYER'S BUSINESS. *You* and *your spouse* are covered for such injury to a fellow employee.

    b. ANY EMPLOYEE OF AN *INSURED* ARISING OUT OF HIS OR HER EMPLOYMENT. This does not apply to a household employee who is neither covered nor required to be covered under any workers' compensation insurance.

    c. ANY *INSURED* OR ANY MEMBER OF AN *INSURED'S* FAMILY RESIDING IN THE *INSURED'S* HOUSEHOLD:

        (1) IF THE INTRA-FAMILIAL TORT IMMUNITY APPLIES; OR

        (2) TO THE EXTENT THE LIMITS OF LIABILITY OF THIS COVERAGE EXCEED THE LIMITS OF LIABILITY REQUIRED BY LAW IF INTRA-FAMILIAL TORT IMMUNITY DOES NOT APPLY.

9
9811A

3. FOR:

    a. THE UNITED STATES OF AMERICA OR ANY OF ITS AGENCIES; OR

    b. ANY *PERSON* WHO IS AN EMPLOYEE OF THE UNITED STATES OF AMERICA OR ANY OF ITS AGENCIES. IF THE PROVISIONS OF THE FEDERAL TORT CLAIMS ACT APPLY.

4. FOR ANY DAMAGES TO PROPERTY OWNED BY, RENTED TO, IN THE CHARGE OF, TRANSPORTED BY OR OPERATED OR USED BY AN *INSURED*. But coverage applies to a rented:

    a. residence; or

    b. private garage

    damaged by a *car* we insure.

5. FOR ANY OBLIGATION OF AN *INSURED*, OR HIS OR HER INSURER, UNDER ANY TYPE OF WORKERS' COMPENSATION OR DISABILITY OR SIMILAR LAW.

6. FOR LIABILITY ASSUMED BY THE *INSURED* UNDER ANY CONTRACT OR AGREEMENT.

**If There Is Other Liability Coverage**

1. **Policies Issued by Us to You, Your Spouse, or Any Relative**

    If two or more vehicle liability policies issued by us to *you, your spouse,* or any *relative* apply to the same accident, the total limits of liability under all such policies shall not exceed that of the policy with the highest limit of liability.

2. **Other Liability Coverage Available From Other Sources**

    Subject to item 1, if other vehicle liability coverage applies, we are liable only for our share of the damages. Our share is the percent that the limit of liability of this policy

bears to the total of all vehicle liabil[...] coverage applicable to the accident.

3. **Temporary Substitute Car, Non-Own[...] Car, Trailer**

    Subject to items 1 and 2, if a *tempora[...] substitute car,* a *non-owned car* or a trai[...] designed for use with a *private passeng[...] car* or *utility vehicle:*

    a. has other vehicle liability coverage [...] it; or

    b. is self-insured under any motor vehi[...] financial responsibility law, a mo[...] carrier law or any similar law,

    then this coverage is excess over such [...] surance or self-insurance. However, t[...] policy shall provided primary coverage i[...]

    a. *you, your spouse* or a *relative* is [...] operator, but is neither an owner [...] an employee of the owner, of the v[...] cle; and

    b. the vehicle is owned by a *person*, f[...] or corporation engaged in the busin[...] of selling at retail new or used mo[...] vehicles.

4. **Newly Acquired Car**

    THIS COVERAGE DOES NOT APP[...] IF THERE IS OTHER VEHICLE [...] ABILITY COVERAGE ON A *NEW[...] ACQUIRED CAR.*

**Motor Vehicle Compulsory Insurance [...] or Financial Responsibility Law**

1. **Out-of-State Coverage**

    If an *insured* under the liability coverag[...] in another state or Canada and, as a [...] resident, becomes subject to its motor [...] hicle compulsory insurance, finan[...] responsibility or similar law:

    a. the policy will be interpreted to [...] the coverage required by the law; a[...]

coverage in this policy to the extent required by the law for the *insured's* operation, maintenance or use of a *car* insured under this policy.

Any coverage so extended shall be reduced to the extent other coverage applies to the accident. In no event shall a *person* collect more than one

### 2. Financial Responsibility Law

When certified under any law as proof of future financial responsibility, and while required during the policy period, this policy shall comply with such law to the extent required. The *insured* agrees to repay us for any payment we would not have had to make under the terms of this policy except for this agreement.

# SECTION II — MEDICAL PAYMENTS — COVERAGE C

*You* have this coverage if "C" appears in the "Coverages" space on the declarations page.

**Medical Expenses**

We will pay reasonable medical expenses incurred, for *bodily injury* caused by accident, for services furnished within three years of the date of the accident. These expenses are for necessary medical, surgical, X-ray, dental, ambulance, hospital, professional nursing and funeral services, eyeglasses, hearing aids and prosthetic devices.

REASONABLE MEDICAL EXPENSES DO NOT INCLUDE EXPENSES:

1. FOR TREATMENT, SERVICES, PRODUCTS OR PROCEDURES THAT ARE:

   a. EXPERIMENTAL IN NATURE, FOR RESEARCH, OR NOT PRIMARILY DESIGNED TO SERVE A MEDICAL PURPOSE; OR

   b. NOT COMMONLY AND CUSTOMARILY RECOGNIZED THROUGHOUT THE MEDICAL PROFESSION AND WITHIN THE UNITED STATES AS APPROPRIATE FOR THE TREATMENT OF THE *BODILY INJURY*; OR

2. INCURRED FOR:

   a. THE USE OF THERMOGRAPHY OR OTHER RELATED PROCEDURES OF A SIMILAR NATURE; OR

   b. THE PURCHASE OR RENTAL OF EQUIPMENT NOT PRIMARILY DESIGNED TO SERVE A MEDICAL PURPOSE.

We have the right to make or obtain a utilization review of the medical expenses and services to determine if they are reasonable and necessary for the *bodily injury* sustained.

The *bodily injury* must be discovered and treated within one year of the date of the accident.

**Persons for Whom Medical Expenses Are Payable**

We will pay medical expenses for *bodily injury* sustained by:

1. a. the first *person* named in the declarations;

   b. his or her *spouse*; and

   c. their *relatives*.

11
9811A

These *persons* have to sustain the *bodily injury*:

   a. while they operate or *occupy* a vehicle covered under the liability section; or

   b. through being struck as a *pedestrian* by a motor vehicle or trailer.

A *pedestrian* means a *person* not an occupant of a motor vehicle or trailer.

2. any other *person* while *occupying*:

   a. a vehicle covered under the liability coverage, except a *non-owned car*. Such vehicle has to be used by a *person* who is insured under the liability coverage; or

   b. a *non-owned car*. The *bodily injury* has to result from such *car's* operation or *occupancy* by the first *person* named in the declarations, his or her *spouse* or their *relatives*.

## Payment of Medical Expenses

We may pay the injured *person* or any *person* or organization performing the services.

## Limit of Liability

The amount of coverage for medical expenses, including funeral services, is shown on the declarations page under "Limit of Liability – Coverage C – Each Person". This is the most we will pay for any one *person* under all medical payments coverages issued by us and applicable to the accident. If the amount shown is $3,000 or more, the most we pay for funeral services is $3,000 per *person*.

A motor vehicle and attached trailer are one vehicle as respects limits.

## If There Are Other Medical Payments Coverages

1. **Non-Duplication**

No *person* for whom medical expenses are payable under this coverage shall recover

more than once for the same medical expense under this or similar vehicle insuranc

2. **Policies Issued by Us to You, Yo Spouse or Relatives**

If two or more policies issued by us to yo *your spouse* or *your relatives* provide v hicle medical payments coverage and a ply to the same *bodily injury* sustained:

   a. while *occupying* a *non-owned car*, *temporary substitute car*; or

   b. as a *pedestrian*

the total limits of liability under all su policies shall not exceed that of the pol with the highest limit of liability.

3. Subject to items 1 and 2 above:

   a. if a *temporary substitute car*, a n *owned car* or a trailer has other vehi medical payments coverage on it, or

   b. if other vehicle medical payments c erage applies to *bodily injury* s tained by a *pedestrian*

this coverage is excess.

4. THIS COVERAGE DOES NOT API IF THERE IS OTHER VEHICLE ME CAL PAYMENTS COVERAGE ON *NEWLY ACQUIRED CAR*.

## What Is Not Covered

THERE IS NO COVERAGE:

1. WHILE A *NON-OWNED CAR* USED:

   a. BY ANY *PERSON* EMPLOY OR ENGAGED IN ANY W IN A *CAR BUSINESS*; OR

   b. IN ANY OTHER BUSINESS JOB. This does not apply wher first *person* named in the decl tions, his or her *spouse* or relative is operating or *occupy* a *private passenger car*.

12
9811A

2. WHILE *OCCUPYING* OR THROUGH BEING STRUCK BY ANY MOTOR VEHICLE OR TRAILER:

   a. DESIGNED MAINLY FOR USE OFF PUBLIC ROADS WHILE OFF PUBLIC ROADS: OR

   b. LOCATED FOR USE AS A RESIDENCE OR PREMISES: OR

   c. THAT RUNS ON RAILS OR CRAWLER-TREADS.

3. FOR *BODILY INJURY* DUE TO WAR OF ANY KIND.

4. FOR MEDICAL EXPENSES FOR *BODILY INJURY*:

   a. SUSTAINED WHILE *OCCUPYING* OR THROUGH BEING STRUCK BY A VEHICLE OWNED BY OR LEASED TO *YOU, YOUR SPOUSE*, OR ANY *RELATIVE*, WHICH IS NOT *YOUR CAR*, A *TEMPORARY SUBSTITUTE CAR* OR A *NEWLY ACQUIRED CAR* UNDER THIS POLICY: OR

   b. TO THE EXTENT WORKERS' COMPENSATION BENEFITS ARE REQUIRED TO BE PAYABLE: OR

   c. SUSTAINED BY ANY *PERSON*, other than the first *person* named in the declarations, his or her *spouse* or their *relatives*, WHILE *OCCUPYING* A VEHICLE:

      (1) RENTED OR LEASED TO OTHERS: OR

      (2) USED TO CARRY *PERSONS* FOR A CHARGE. This does not apply to a *private passenger car* used on a share expense basis.

# SECTION III — UNINSURED MOTOR VEHICLE — COVERAGE U

*You* have this coverage if "U" appears in the "Coverages" space on the declarations page.

We will pay damages for *bodily injury* and *property damage* an *insured* is legally entitled to collect from the owner or driver of an *uninsured motor vehicle*, but only the amount of such damages in excess of the deductible amount with respect to *property damage*. The *bodily injury* or *property damage* must be caused by accident arising out of the operation, maintenance or use of an *uninsured motor vehicle*. The *bodily injury* must be sustained by an *insured*.

*Property Damage* – means damage to:

1. *your car* or a *newly acquired car;* or
2. property owned by an *insured* while in *your car* or a *newly acquired car*.

It includes payments made for substitute transportation while *your car* or a *newly acquired car* is disabled.

*Uninsured Motor Vehicle* – means:

1. a land motor vehicle, the ownership, maintenance or use of which is:
   a. not insured or bonded for bodily injury and property damage liability at the time of the accident; or
   b. insured or bonded for bodily injury and property damage liability at the time of the accident; but
      (1) the limits of liability are less than required by the motor vehicle safety responsibility laws of the state where *your car* is mainly garaged; or
      (2) the limits of liability that apply from such vehicle to the *insured's* damages:
         (a) are less than the limits of liability for uninsured motor vehicle coverage under this policy; or
         (b) have been reduced by payments to *persons* other than

the *insured* to less than the limits of liability for uninsured motor vehicle coverage under this policy.

      (3) the insuring company denies coverage or is or becomes insolvent; or

2. a "hit-and-run" land motor vehicle whose owner or driver remains unknown; if:
   a. such vehicle strikes:
      (1) the *insured* or the vehicle the *insured* is *occupying* and causes *bodily injury* to the *insured;* or
      (2) *your car* or *newly acquired car* and causes *property damage;* or
   b. the facts of the accident can be corroborated by an eyewitness to the occurrence other than the *insured* making the claim.

An *uninsured motor vehicle* does not include a land motor vehicle:

1. insured under the liability coverage of this policy;
2. furnished for the regular use of *you*, *your spouse* or any *relative*;
3. designed for use mainly off public roads except while on public roads; or
4. while located for use as premises.

## Who Is an Insured

*Insured* – means the *person* or *persons* covered by uninsured motor vehicle coverage.

This is:

1. the first *person* named in the declarations;
2. his or her *spouse;*

14
9811A

3. their rel. es; and

4. any other *person* while *occupying*:

    a. *your car*, a *temporary substitute car*, a *newly acquired car* or a trailer attached to such a *car*. Such vehicle has to be used within the scope of the consent of the first *person* named in the declarations or that *person's spouse;* or

    b. a *car* not owned by or leased to *you, your spouse* or any *relative,* or a trailer attached to such a *car*. It has to be driven by the first *person* named in the declarations or that *person's spouse* and within the scope of the owner's consent.

Such other *person occupying* a car used to carry *persons* for a charge is not an *insured.*

5. any *person* entitled to recover damages because of *bodily injury* to an *insured* under 1 through 4 above.

## Consent to Be Bound

We are not bound by any judgment against any *person* or organization obtained without our written consent.

## Payment of Any Amount Due

We will pay any amount due:

1. to the *insured;*

2. to a parent or guardian if the *insured* is a minor or an incompetent *person;*

3. to the surviving *spouse;* or

4. at our option, to a *person* authorized by law to receive such payment.

## Limits of Liability

1. Bodily Injury

The amount of coverage is shown on the declarations page under "Limits of Liability – U – Each Person, Each Accident". Under "Each Person" is the amount of coverage for all damages due to *bodily injury* to one *person*. "*Bodily injury* to one *person*" includes all injury and damages to others resulting from this *bodily injury*. Under "Each Accident" is the total amount of coverage, subject to the amount shown under "Each Person", for all damages due to *bodily injury* to two or more *persons* in the same accident.

2. Property Damage

The amount of coverage is shown on the declarations page under "Limits of Liability – U – Property Damage, Each Accident". This is the amount of coverage for all *property damage*, in excess of any applicable deductible, as the result of one accident. Any deductible amount, if applicable, is shown on the declarations page under "Limits of Liability – U – Property Damage".

3. Any amount payable under this coverage shall be reduced by any amount paid or payable to or for the *insured*:

    a. under any workers' compensation, disability benefits, or similar law, or

    b. under any policy of property insurance.

4. The most we will pay is the lesser of:

    a. the difference between the limits of liability of this coverage, and the amount paid to the *insured* by or for any *person* or organization who is or may be held legally liable for the *bodily injury* or *property damage;* or

    b. the amount of the *insured's* damages.

5. Any payment made to a *person* under this coverage shall reduce any amount payable to that *person* under the liability coverage.

6. Any expense paid or payable under the medical payments coverage will not be paid for again as damages under this coverage. This does not reduce the limits of liability of this coverage.

15
9811A

7. The limits of liability are not increased because:

    a.  more than one vehicle is insured under this policy; or

    b.  more than one *person* is insured at the time of the accident.

## When Coverage U Does Not Apply

THERE IS NO COVERAGE:

1. FOR ANY *INSURED* WHO, WITHOUT OUR WRITTEN CONSENT, SETTLES WITH ANY *PERSON* OR ORGANIZATION WHO MAY BE LIABLE FOR THE *BODILY INJURY* OR PROPERTY DAMAGE. However, an *insured* may, without our consent, release a liability insurer from further obligation to pay damages under an insurance policy after accepting from the insurer a payment which exhausts the applicable liability coverage limits of such policy.

2. TO THE EXTENT IT BENEFITS:

    a.  ANY WORKERS' COMPENSATION OR DISABILITY BENEFITS INSURANCE COMPANY.

    b.  A SELF-INSURER UNDER ANY WORKERS' COMPENSATION, OR DISABILITY BENEFITS OR SIMILAR LAW.

    c.  ANY GOVERNMENTAL BODY OR AGENCY.

    d.  ANY PROPERTY INSURER.

## If There Is Other Coverage

1. If an *insured* as defined in items 1, 2 or 3 of the definition of *insured* sustains *bodily injury* or *property damage*, this coverage applies as primary coverage in relation to any other uninsured motor vehicle coverage.

    If more than one policy applies as primary, we are liable only for our share. Our share is that percent of the damages that the limit

of liability of this policy bears to the t of all uninsured motor vehicle cover that applies to the accident as primary c erage.

2. If an *insured*, as defined in item 4 of definition of *insured*, sustains *bodily jury* or *property damage:*

    a.  and has uninsured motor vehicle c erage as a named insured, *spouse* *relative* under another policy; or

    b.  while *occupying* a vehicle which is *your car* or a *newly acquired car* such vehicle is insured for uninsu motor vehicle coverage,

    this coverage applies:

      (1)  as excess to such other insuran but

      (2)  only in the amount by which it ceeds the primary coverage.

If more than one policy applies as exce we are liable only for our share. Our sh is that percent of the damages in excess the primary coverage that the limit of ability of this policy bears to the total of uninsured motor vehicle coverage that a plies to the accident as excess coverage.

3. a.  If the *insured* sustains *bodily inju* while *occupying* a vehicle which is *your car* or a *newly acquired car*, t coverage applies as excess to any t insured motor vehicle coverage whi applies to the vehicle as primary co erage. If the *insured* is not *you, yo spouse* or a *relative*, this coverage a plies only in the amount by which exceeds primary coverage.

    If more than one policy applies as e cess, we are liable only for our sha Our share is that percent of the da ages in excess of the primary covera that the limit of liability of this poli bears to the total of all uninsured m tor vehicle coverage that applies to t accident as excess coverage.

16
9811A

b. How   . this coverage applies as primary coverage if:

(1) *you, your spouse* or a *relative* is the operator, but is neither an owner nor an employee of the owner, of the vehicle; and

(2) the vehicle is owned by a *person*, firm or a corporation engaged in the business of selling at retail new or used motor vehicles.

nore than one policy applies as primary, we are liable only for our share. Our share is that percent of the damages that the limit of liability of this policy bears to the total of all uninsured motor vehicle coverage that applies to the accident as primary coverage.

4. THIS COVERAGE DOES NOT APPLY IF THERE IS OTHER UNINSURED MOTOR VEHICLE COVERAGE ON A *NEWLY ACQUIRED CAR.*

# SECTION IV — PHYSICAL DAMAGE COVERAGES

*Loss* – means, when used in this section, each direct and accidental loss of or damage to:

1. *your car;*

2. its equipment which is common to the use of *your car* as a vehicle;

3. clothes and luggage insured; and

4. a detachable living quarters attached or removed from *your car* for storage. Detachable living quarters includes its body and items securely fixed in place as a permanent part of the body. *You* must have told us about the living quarters before the *loss* and paid any extra premium needed.

**COMPREHENSIVE – COVERAGE D.** *You* have this coverage if "D" appears in the "Coverages" space on the declarations page. If a deductible applies, the amount is shown by the number beside "D".

1. Loss to Your Car. We will pay for *loss* to *your car* EXCEPT *LOSS* BY *COLLISION* but only for the amount of each such *loss* in excess of the deductible amount, if any. If we offer to pay for the repair of damaged windshield glass instead of the replacement of the windshield and *you* agree to

have such repair made, we will pay the full cost of repairing the windshield glass regardless of *your* deductible.

Breakage of glass or *loss* due to hitting or being hit by a bird or an animal is payable under this coverage.

2. We will repay *you* for transportation costs incurred if *your car* is stolen. We will pay up to $25 per day beginning when *you* tell us of the theft and ending when we offer to pay for the *loss.*

If the daily incurred transportation costs are payable under both Comprehensive Coverage and Car Rental and Travel Expenses Coverage, we will pay only under the one coverage where *you* collect the most. If payments have been made under Car Rental and Travel Expenses Coverage and such payments have either exhausted the total amount payable under Car Rental Expense or reduced the total amount payable under Car Rental Expense to less than $25, then we will pay under Comprehensive Coverage.

17

9811A

**COLLISION – COVERAGE G.** *You* have this coverage if "G" appears in the "Coverages" space on the declarations page. The deductible amount is shown by the number beside "G".

We will pay for *loss* to *your car* caused by *collision* but only for the amount of each such *loss* in excess of the deductible amount. If we offer to pay for the repair of damaged windshield glass instead of the replacement of the windshield and *you* agree to have such repair made, we will pay the full cost of repairing the windshield glass regardless of *your* deductible. If the *collision* is with another motor vehicle insured with us, *you* do not pay *your* deductible if it is $100 or less as we pay it.

*Loss* caused by *collision* does not include *loss* due to:

    1.  missiles or falling objects;

    2.  windstorm or hail;

    3.  earthquake, water or flood;

    4.  theft or larceny;

    5.  malicious mischief or vandalism; or

    6.  riot or civil commotion.

*Collision* – means *your car* upset or hit or was hit by a vehicle or other object.

### Clothes and Luggage – Comprehensive and Collision Coverages

We will pay for *loss* to clothes and luggage owned by the first *person* named in the declarations, his or her *spouse,* and their *relatives.* These items have to be in or on *your car. Your car* has to be covered under this policy for:

    1.  Comprehensive, and the *loss* caused by fire, lightning, flood, falling objects, explosion, earthquake or theft. If the *loss* is due to theft, *YOUR* ENTIRE *CAR* MUST HAVE BEEN STOLEN; or

    2.  Collision, and the *loss* caused by *collision.*

We will pay up to $200 for *loss* to clothes and luggage in excess of any deductible amount shown for comprehensive or collision. $200 is the most we will pay in any one occurrence even though more than one *person* has a *loss.* This coverage is excess over any other coverage.

### Limit of Liability – Comprehensive and Collision Coverages

The limit of our liability for *loss* to property or any part of it is the lower of:

    1.  the actual cash value; or

    2.  the cost of repair or replacement.

Actual cash value is determined by the market value, age and condition at the time the *loss* occurred. Any deductible amount that applies is then subtracted.

The cost of repair or replacement is based upon one of the following:

    1.  the cost of repair or replacement agreed upon by *you* and us;

    2.  a competitive bid approved by us; or

    3.  an estimate written based upon the prevailing competitive price. The prevailing competitive price means prices charged by a majority of the repair market in the area where the *car* is to be repaired as determined by a survey made by us. If *you* ask, we will identify some facilities that will perform the repairs at the prevailing competitive price. We will include in the estimate parts sufficient to restore the vehicle to its pre-loss condition. *You* agree with us that such parts may include either parts furnished by the vehicle's manufacturer or parts from other sources including non-original equipment manufacturers.

Any deductible amount that applies is then subtracted.

18
9811A

° Loss – Comprehensive and
erages

right to settle a *loss* with *you* or
the property in one of the fol-

the agreed upon actual cash
of the property at the time of
ss in exchange for the damaged
rty. If the owner and we cannot
on the actual cash value, either
 may demand an appraisal as
ibed below. If the owner keeps
amaged property, we will de-
ts value after the *loss* from our
ent. The damaged property
t be abandoned to us;

:

pair the damaged property or
art, or

place the property or part.

repair or replacement results in
ment, *you* must pay for the
nt of betterment; or

 the stolen property and pay for
amage due to the theft.

under item 1 above shall be con-
cording to the following procedure.
y shall select an appraiser. These
select a third appraiser. The writ-
on of any two appraisers shall be
The cost of the appraiser shall be
 e party who hired him or her. The
 third appraiser and other appraisal
shall be shared equally by both
Ve do not waive any of our rights
g to an appraisal. If *you* give us
ent, we may move the damaged
at our expense, to reduce storage
g the appraisal process. If *you* do
s *your* consent, we will pay only
 costs which would have resulted
moved the damaged property.

nt of Loss provision for compre-
collision coverages incorporates

the I 't of Liability provision of those cov-
erages.

If we can pay the *loss* under either comprehen-
sive or collision, we will pay under the cover-
age where *you* collect the most.

When there is *loss* to *your car*, clothes and
luggage in the same occurrence, any deductible
will be applied first to the *loss* to *your car*.
*You* pay only one deductible.

## EMERGENCY ROAD SERVICE – COVERAGE H. *You* have this coverage if "H" appears in the "Coverages" space on the declarations page.

We will pay the fair cost *you* incur for *your
car* for:

1. mechanical labor up to one hour at the
   place of its breakdown;

2. towing to the nearest place where the
   necessary repairs can be made during
   regular business hours if it will not
   run;

3. towing it out if it is stuck on or imme-
   diately next to a public highway;

4. delivery of gas, oil, battery or tire. WE
   DO NOT PAY THE COST OF THE
   GAS, OIL, BATTERY OR TIRE;

5. locksmith services, up to one hour, to
   open *your car* if *your* key is lost, sto-
   len or locked inside *your car.* We will
   pay only the cost of labor.

## CAR RENTAL EXPENSE – COVERAGE R. *You* have this coverage if "R" appears in the "Coverages" space on the declarations page.

We will repay *you* up to $10 per day when *you*
rent a *car* from a car rental agency or garage
due to a *loss* to *your car* which would be pay-
able under coverage D or G, starting:

1. when it cannot run due to the *loss*; or

2. if it can run, when *you* leave it at the
   shop for agreed repairs;

and ending when:

19
9811A

1. has been repaired or replaced, or

2. we offer to pay for the *loss*, or

3. *you* incur 30 days rent.

whichever comes first.

ANY CAR RENT PAYABLE UNDER COVERAGE R IS REDUCED TO THE EXTENT IT IS PAYABLE UNDER COMPREHENSIVE.

## CAR RENTAL AND TRAVEL EXPENSES – COVERAGE R1.
*You* have this coverage if "R1" appears in the "Coverages" space on the declarations page.

1. **Car Rental Expense.**

   a. If:

      (1) a dollar amount is shown under "Limits of Liability – Car Rental Expense, Each Day" on the declarations page, we will pay *you* the daily rental charge up to that dollar amount;

      (2) a percentage amount is shown under "Limits of Liability – Car Rental Expense, Each Day" on the declarations page, we will pay *you* that percentage of the daily rental charge; or

      (3) "Limits of Liability – Car Rental Expense, Each Day" is not shown on the declarations page, we will pay *you* up to $16 of the daily rental charge

   when *you* rent a *car* from a car rental agency or *car business.* "Daily rental charge" means the daily rental rate plus charges for mileage and related taxes.

   If *you* choose not to rent a *car*, we will pay *you* $10 for each complete 24 hour period that *your car* is not drivable. *You* must report to us the period of time that *your car* was not drivable.

We will pay only if *your car* is drivable because of a *loss* wh[...] would be payable under cover[...] D or G.

   b. Payment will be made for a per[...] that:

      (1) starts:

         (a) when *your car* is [...] drivable due to the *loss*;

         (b) if *your car* is drivable, wh[...] *you* leave it at the shop [...] agreed repairs; and

      (2) ends:

         (a) when *your car* has be[...] repaired or replaced; or

         (b) when we offer to pay [...] the *loss*, if *your car* is [...] pairable but *you* choose [...] delay repairs; or

         (c) five days after we offer [...] pay for the *loss* if:

            (i) *your car* was stol[...] and not recovered; o[...]

            (ii) we declare that *yo[...] car* is a total loss;

      whichever comes first.

If the incurred daily rental charge [...] payable under both Comprehensi[...] Coverage and Car Rental and Trav[...] Expenses Coverage, we will pay on[...] under the one coverage where *you* c[...] lect the most.

2. **Travel Expenses.** If *your car* is n[...] drivable due to a *loss* which occu[...] more than 50 miles from home a[...] which would be payable under cove[...] age D or G, we will pay *you* for e[...] penses incurred by *you, your spou[...] and any *relative* for:

   a. commercial transportation fares [...] continue to *your* destination or hom[...]

b.   ex     meals and lodging needed when the *loss* to *your car* causes a delay enroute. The expenses must be incurred between the time of the *loss* and *your* arrival at *your* destination or home or by the end of the fifth day, whichever occurs first; and

c.   meals, lodging and commercial transportation fares incurred by *you* or a *person you* choose to drive *your car* from the place of repair to *your* destination or home.

   3.   **Rental Car – Repayment of Deductible Amount Expense.** We will pay the expense of any deductible amount *you* are required to pay the owner under comprehensive or collision coverage in effect on a substitute *car* rented from a car rental agency or *car business*.

**Total Amount of Expenses Payable – Coverage R1**

1.   The most we will pay for **Car Rental Expense** incurred in any one occurrence is shown on the declarations page under "Limits of Liability – Car Rental Expense, Each Occurrence". If "Limits of Liability – Car Rental Expense, Each Occurrence" is not shown on the declarations page, the most we will pay for any one occurrence is $400.

2.   The most we will pay for **Travel Expenses** incurred by all *persons* in any one occurrence is $400.

3.   The most we will pay for **Rental Car – Repayment of Deductible Amount Expense** incurred in any one occurrence is $400.

**CAR RENTAL AND TRAVEL EXPENSES – COVERAGE R2**

Coverage R2 is provided by this policy if "R2" appears in the "Coverages" space on the declarations page.

1.   Car Rental Expense.

   a.   We will:

(1   pay 80% of the rental charge when *you* rent a *car* from a car rental agency or garage. "Rental charge" means the daily rental rate plus charges for mileage and related taxes; or

(2)   pay *you* $10 for each complete 24 hour period that *your car* is not drivable if *you* choose to not rent a *car*. *You* must report to us the period of time that *your car* was not drivable.

We will pay only if *your car* is not drivable because of a *loss* which would be payable under coverage D or G.

   b.   Payment will be made for a period that:

(1)   starts:

   (a)   when *your car* is not drivable due to the *loss; or*

   (b)   if *your car* is drivable, when *you* leave it at the shop for agreed repairs; and

(2)   ends:

   (a)   when *your car* has been repaired or replaced; or

   (b)   when we offer to pay for the *loss*, if *your car* is repairable but *you* choose to delay repairs; or

   (c)   five days after we offer to pay for the *loss* if:

      (i)   *your car* was stolen and not recovered; or

      (ii)   we declare that *your car* is a total loss;

      whichever comes first.

If the incurred daily rental charge is payable under both Comprehensive Coverage and Car Rental and Travel Expenses Coverage, we will pay only under the one coverage where *you* collect the most.

21
9811A

2. Trav   Expenses. If *your car* is not drivable due to a *loss* which occurs more than 50 miles from home and which would be payable under coverage D or G, we will pay *you* for expenses incurred by *you*, *your spouse* and any *relative* for:

   a. commercial transportation fares to continue to *your* destination or home;

   b. extra meals and lodging needed when the *loss* to *your car* causes a delay enroute. The expenses must be incurred between the time of the *loss* and *your* arrival at *your* destination or home or by the end of the fifth day, whichever occurs first; and

   c. meals, lodging and commercial transportation fares incurred by *you* or a *person you* choose to drive *your car* from the place of repair to *your* destination or home.

3. Rental Car – Repayment of Deductible Amount Expense. We will pay the expense of any deductible amount *you* are required to pay the owner under comprehensive or collision coverage in effect on a substitute *car* rented from a car rental agency or garage.

## Total Amount of Expenses Payable – Coverage R2

1. The most we will pay for "Car Rental Expense" incurred in any one occurrence is $500.

2. The most we will pay for "Travel Expenses" incurred by all *persons* in any one occurrence is $400.

3. The most we will pay for "Rental Car – Repayment of Deductible Amount Expense" incurred in any one occurrence is $400.

## Trailer Coverage

### 1. Owned Trailer

   *Your* trailer is covered:

when it is described on the declarations page of the policy; and

b. for the coverages shown as applying  it.

### 2. Non-Owned Trailer or Detachable Living Quarters

Any physical damage coverage in force *your car* applies to a non-owned:

a. trailer, if it is designed for use with *private passenger car*; or

b. detachable living quarters unit

used by the first *person* named in the declarations, his or her *spouse* or their *relatives*.

The most we will pay under the comprehensive or collision coverage for a *loss* such non-owned trailer or unit is $2,500.

A non-owned trailer or detachable living quarters unit is one that:

a. is not owned by or registered in th name of:

   (1) *you, your spouse*, any *relative*;

   (2) any other *person* residing in th same household as *you, you spouse* or any *relative*; or

   (3) an employer of *you, your spous* or any *relative*; and

b. has not been used or rented by or i the possession of *you, your spouse* o any *relative* during any part of each o the last 21 or more consecutive days If *you* are insured by one or more othe car policies issued by us, the 21 da limit is increased by an additional 2 days for each such additional policy.

## Coverage for the Use of Other Car

The coverages in this section *you* have on *you car* extend to a *loss* to a *newly acquired car, temporary substitute car* or a *non-owned car*

22
9811A

These coverages extend to a *non-owned car* while it is driven by or in the custody of an *insured.*

*Insured* – as used in this provision means:

1. the first *person* named in the declarations;

2. his or her *spouse;* or

3. their *relatives.*

## When the Physical Damage Coverages Do Not Apply

THERE IS NO COVERAGE FOR:

1. A *NON-OWNED CAR:*

   a. IF THE DECLARATIONS STATE THE "USE" OF *YOUR CAR* IS OTHER THAN "PLEASURE AND BUSINESS";

   b. WHILE BEING REPAIRED, SERVICED OR USED BY ANY *PERSON* WHILE THAT *PERSON* IS WORKING IN ANY *CAR BUSINESS*; OR

   c. WHILE USED IN ANY OTHER BUSINESS OR OCCUPATION. This does not apply to a *private passenger car* driven or *occupied* by the first *person* named in the declarations, his or her *spouse* or their *relatives.*

2. ANY VEHICLE WHILE:

   a. RENTED OR LEASED TO OTHERS; OR

   b. USED TO CARRY *PERSONS* FOR A CHARGE. This does not apply to the use on a share expense basis.

3. *LOSS* TO ANY VEHICLE DUE TO:

   a. THE LEGAL CONFISCATION, DESTRUCTION OR DISMANTLING BY ANY GOVERNMENTAL AUTHORITY;

   l WAR OF ANY KIND;

   c. AND LIMITED TO WEAR AND TEAR, FREEZING, MECHANICAL OR ELECTRICAL BREAKDOWN OR FAILURE. This does not apply when the *loss* is the result of a theft covered by this policy. Nor does it apply to emergency road service; OR

   d. CONVERSION, EMBEZZLEMENT OR SECRETION BY ANY *PERSON* WHO HAS THE VEHICLE DUE TO ANY LIEN, RENTAL, LEASE OR SALES AGREEMENT.

4. TIRES unless:

   a. stolen, or damaged by fire or vandalism; or

   b. other *loss* covered by this section happens at the same time.

5. TAPES OR DISCS FOR RECORDING OR REPRODUCING SOUND.

6. ANY LASER OR RADAR DETECTOR.

7. *YOUR CAR* WHILE SUBJECT TO ANY LIEN, LEASE OR SALES AGREEMENT NOT SHOWN IN THE DECLARATIONS.

## If There Is Other Coverage

1. **Policies Issued by Us to You, Your Spouse or Any Relative**

   If two or more vehicle policies issued by us to *you, your spouse* or any *relative* apply to the same *loss* or occurrence, we will pay under the policy with the highest limit.

2. **Coverage Available From Other Sources**

   Subject to item 1, if other coverage applies to the *loss* or expenses, we will pay only our share. Our share is that percent the limit of liability of this policy bears to the total of all coverage that applies.

23
9811A

3. **Temporary Substitute Car, Non-Owned Car or Trailer**

Subject to items 1 and 2 above:

a. if a *temporary substitute car*, a *non-owned car* or trailer designed for use with a *private passenger car* has other coverage on it, then this coverage is excess.

b. this policy shall provide primary coverage if:

(1) *you*, *your spouse* or a *relative* is the operator, but neither an owner nor an employee of the owner, of the vehicle; and

(2) the vehicle is owned by a *perso* firm or corporation engaged in t business of selling at retail new used motor vehicles.

4. **Newly Acquired Car**

THIS INSURANCE DOES NOT APPL IF THERE IS SIMILAR COVERAGE ( A *NEWLY ACQUIRED CAR*.

**No Benefit to Bailee**

These coverages shall not benefit any carrier other bailee for hire liable for *loss*.

24
9811A

# SECT. V — DEATH, DISMEMBERMENT AND LOSS OF SIGHT — COVERAGE S AND LOSS OF EARNINGS — COVERAGE Z

## DEATH, DISMEMBERMENT AND LOSS OF SIGHT – COVERAGE S

If "S" is shown in the "Coverages" space on the declarations page each *insured* has the coverage.

We will pay the amount shown in the schedule that applies for death, or *loss*, caused by accident. The *insured* has to be *occupying* or be struck by a land motor vehicle or trailer. The death or *loss* must be the direct result of the accident and not due to any other cause. The death or *loss* must occur within 90 days of the accident.

*Insured* – means a *person* listed under "Persons Insured – Coverage S" on the declarations page.

*Loss* – means the loss of:

1. the foot or hand, cut off through or above the ankle or wrist; or

2. the whole thumb or finger; or

3. all sight.

### The Most We Pay

The most we will pay because of the death of, or *loss* to, the *insured*, except as provided below, is shown under "Amount" next to his or her name on the declarations page.

The amount shown in the schedule for death or *loss* is doubled for an *insured* who, at the time of the accident, is using the vehicle's complete restraint system as recommended by the vehicle's manufacturer.

If the *insured* dies as a result of this accident, any payment made or due for *loss* reduces the amount of the death payment.

### SCHEDULE

| | If amount under S in the declarations is: | |
| --- | --- | --- |
| | $5,000 | $10,000 |
| Death | $5,000 | $10,000 |
| *Loss* of: | | |
| hands; feet; sight of eyes; one hand & one foot; or one hand or one foot & sight of one eye | 5,000 | 10,000 |
| one hand or one foot; or sight of one eye | 2,500 | 5,000 |
| thumb & finger on one hand; or three fingers | 1,500 | 3,000 |
| any two fingers | 1,000 | 2,000 |

### Payment of Any Amount Due

We will pay any amount due:

1. to the *insured*;

2. to a parent or guardian if the *insured* is a minor or an incompetent *person*;

3. to the surviving *spouse*; or

4. at our option, to any *person* or organization authorized by law to receive such payment.

Any payment made is to its extent a complete discharge of our obligations. We are not responsible for the way the money is used.

### Autopsy

We have the right to have an autopsy made where it is not forbidden by law.

## LOSS OF EARNINGS – COVERAGE Z

If "Z" is shown in the "Coverages" space on the declarations page each *insured* has the coverage.

25

9811A

We wi.. pay the *insured* 85% of his or her loss of *weekly earnings*. The loss has to be due to continuous *total disability* that is:

1. the direct result of *bodily injury* caused by accident; and

2. sustained while *occupying* or through being struck by a land motor vehicle or trailer.

## When Total Disability Applies

The *insured's total disability* must be for a period of at least 30 consecutive days starting within 20 days after the accident. We will not pay for the first seven days of the 30 day period.

Payments owed will be paid every two weeks. Proof of continued *total disability* must be given to us when we ask for it.

## Limits of Liability

We will pay up to $250 for each full work week of *total disability* and pro rata for less than a week. Subject to the limit per week, we will pay up to $15,000 total for all loss of earnings due to any one accident.

*Insured* – means a *person* shown under "Persons Insured – Coverage Z" on the declarations page.

*Total Disability* – under coverage Z means the *insured*, while living, is not able to do the usual work or any other work for which he or she is reasonably fitted by education, training or experience.

*Weekly Earnings* – means all earnings for the *insured's* services before any deductions. When *weekly earnings* cannot be determined on a weekly basis an average will be used. The average is the total earnings for the 52 weeks just prior to the accident divided by 52.

## When Coverages S and Z Do Not Apply

THESE COVERAGES DO NOT APPLY TO:

1. AN *INSURED* WHILE ON THE JOB. OPERATING, *OCCUPYING*, LOADING OR UNLOADING:

a. AN EMERGENCY VEHICL OR

b. A VEHICLE USED IN THE *I* SURED'S BUSINESS OR JOB

But 1.b. does not apply if the ve cle is:

(1) a *private passenger car* school bus; or

(2) of the pickup or van type. wit Gross Vehicle Weight of 10.( pounds or less. while not u: for delivery.

2. AN *INSURED* WHILE:

a. ON THE JOB IN ANY C *BUSINESS*; OR

b. *OCCUPYING* ANY:

(1) VEHICLE WHILE BEII USED IN A RACE; OR

(2) MILITARY VEHICLE.

3. AN *INSURED* WHILE *OCCUPYII* OR THROUGH BEING STRUCK *I* A MOTOR VEHICLE OR TRAILEI

a. THAT RUNS ON RAILS ( CRAWLER-TREADS;

b. DESIGNED FOR USE MAINI OFF PUBLIC ROADS WHII OFF PUBLIC ROADS; OR

c. LOCATED FOR USE AS PRE ISES.

4. THE DEATH OF, *LOSS* TO OR *T TAL DISABILITY* OF AN *INSURI* DUE TO:

a. DISEASE except pus forming a fection due to *bodily injury* ceived in the accident; or

b. SUICIDE OR ATTEMPTE SUICIDE WHILE SANE OR I SANE; OR

c. WAR OF ANY KIND.

26
9811A

# CONDITIONS

## 1. Policy Changes

### a. Policy Terms.
The terms of this policy may be changed or waived only by:

(1) an endorsement issued by us; or

(2) the revision of this policy form to give broader coverage without an extra charge. If any coverage *you* carry is changed to give broader coverage, we will give *you* the broader coverage without the issuance of a new policy as of the date we make the change effective.

### b. Change of Interest.
No change of interest in this policy is effective unless we consent in writing. However, if *you* die, we will protect as named insured, except under death, dismemberment and loss of sight and loss of earnings coverages:

(1) *your* surviving *spouse*;

(2) any *person* with proper custody of *your car*, a *newly acquired car* or a *temporary substitute car* until a legal representative is qualified; and then

(3) the legal representative while acting within the scope of his or her duties.

Policy notice requirements are met by mailing the notice to the deceased named insured's last known address.

### c. Consent of Beneficiary.
Consent of the beneficiary under death, dismemberment and loss of sight coverage is not needed to cancel or change the policy.

### d. Joint and Individual Interests.
When there are two or more named insureds, each acts for all to cancel or change the policy.

## 2. Suit Against Us

There is no right of action against us:

a. until all the terms of this policy have been met; and

b. under the liability coverage, until the amount of damages an *insured* is legally liable to pay has been finally determined by:

(1) judgment after actual trial, and appeal if any; or

(2) agreement between the *insured*, the claimant and us.

Bankruptcy or insolvency of the *insured* or his or her estate shall not relieve us of our obligations.

c. under uninsured motor vehicle, medical payments, any physical damage, death, dismemberment and loss of sight and loss of earnings coverages, until 30 days after we get the *insured's* notice of accident or *loss*.

## 3. Our Right to Recover Our Payments

a. Payments under coverages C (Medical Payments), S (Death, Dismemberment and Loss of Sight) and Z (Loss of Earnings) are not recoverable by us.

b. Under uninsured motor vehicle coverage:

(1) we are subrogated to the extent of our payments to the proceeds of any settlement the injured *person* recovers from any party liable for the *bodily injury* or *property damage*.

(2) if the *person* to or for whom we have made payment has not recovered from the party at fault, he or she shall:

27

9811A

(a) keep these rights in trust for us;

(b) execute any legal papers we need; and

(c) when we ask, take action through our representative to recover our payments.

We are to be repaid our payments, costs and fees of collection out of any recovery.

c. Under all other coverages the right of recovery of any party we pay passes to us. Such party shall:

(1) not hurt our rights to recover; and

(2) help us get our money back.

## 4. Cancellation

**How You May Cancel.** *You* may cancel *your* policy by notifying us in writing of the date to cancel. The cancellation will be effective:

a. the date *you* specify in *your* notice, or

b. the date we receive *your* notice,

whichever is later.

We may waive these requirements by confirming the date and time of cancellation to *you* in writing.

**How and When We May Cancel.** We may cancel *your* policy by written notice, mailed or delivered to *your* last known address. The notice shall give the date cancellation is effective.

If we mail or deliver a notice of cancellation to *you* during the first 59 days following the policy effective date, the cancellation notice will be mailed or delivered to *you* at least 10 days before the cancellation effective date. However, if a check, draft or other negotiable instrument used to pay the premium is not honored by a financial institution for any reason, the policy is void from its inception and the

promise of a 10 day advance notice do not apply.

After the policy has been in force more than 59 days, any notice of cancellation will be mailed or delivered to you at least:

a. 10 days before the cancellation effective date if the cancellation is because *you* did not pay the premium; or

b. 30 days before the cancellation effective date if the cancellation is because of any other reason.

We will mail to a creditor shown in the declarations notice of termination of the creditor's interest at least:

a. 10 days before the termination date if

(1) we mail or deliver a notice of cancellation to *you* during the first days following the policy effective date; or

(2) the policy is canceled because *you* did not pay the premium; or

b. 30 days before the termination date the policy is canceled for any other reason after the policy has been in effect more than 59 days.

The mailing of the notice shall be sufficient proof of notice.

Unless we mail or deliver a notice of cancellation to *you* within 59 days of the policy effective date, we will not cancel *your* policy before the end of the current policy period unless:

a. *you* fail to pay the premium when due; or

b. any *person* who usually drives *your car* has had his or her driver's license under suspension or revocation during the 180 days just before the effective date of the current policy period or during the current policy period.

28
9811A

**Return Unearned Premium.** If *you* cancel, premium may be earned on a short rate basis. If we cancel, premium will be earned on a pro-rata basis. Any unearned premium may be returned at the time we cancel or within a reasonable time thereafter. Delay in the return of unearned premium does not affect the cancellation.

5. **Renewal**

Unless we mail or deliver to *you* a notice of cancellation or a notice of our intention not to renew the policy, we agree to renew the policy for the next policy period upon *your* payment of the renewal premium when due. It is agreed that the renewal premium will be based upon the rates in effect, the coverages carried, the applicable limits of liability, deductibles and other elements that affect the premium that apply at the time of renewal.

Other elements that may affect *your* premium include, but are not limited to:

a. drivers of *your car* and their ages and marital status;

b. *your car* and its use;

c. eligibility for discounts or other premium credits;

d. applicability of a surcharge based either on accident history, or on other factors.

A notice of our intention to not renew will be mailed to *your* last known address or delivered to *you* at least 30 days before the end of the current policy period.

We will mail to a creditor shown in the declarations notice of termination of that creditor's interest at least:

a. 10 days before the termination date when the policy terminates because *you* did not pay the renewal premium; or

b. 30 days before the termination date when we choose to not renew the policy.

6. **Co** **rmance to Statute**

If any terms of this policy are in conflict with the statutes of Georgia, they are amended to conform to these statutes.

7. **Premium**

The premium for this policy may vary based upon the purchase of other insurance from one of the State Farm affiliated companies.

The premium for this policy is based on information State Farm has received from *you* or other sources. If the information is incorrect or incomplete, or changes during the policy period, *you* must inform State Farm of any changes regarding the following:

a. *your car*, or its use, including annual mileage;

b. the *persons* who regularly drive *your car*, including newly licensed family members;

c. *your* marital status; or

d. the location where *your car* is principally garaged.

*You* agree that if this information or any other information used to determine the premium is incorrect or incomplete, or changes during the policy period, we may decrease or increase the premium during the policy period based upon the corrected, completed or changed information. *You* agree that if the premium is decreased or increased during the policy period, State Farm will refund or credit to *you* any decrease in premium and *you* will pay for any increase in premium.

8. **Extended Coverage for Spouse**

If *your car* is a *private passenger car*, upon notice to us of:

a. *your* death, we will continue for *your spouse*, until the expiration of the policy period in which *your* death occurs.

29
9811A

..ay coverage under this policy that applies to *your spouse* immediately prior to such death; or

b. the termination of *your* marriage relationship, we will continue for *your spouse* any coverage under this policy that applies to *your spouse* immediately prior to such termination for:

    (1) 90 days from the termination of *your* marriage relationship, or

    (2) until the expiration of the pol... period in which *your* marriage ... lationship terminates.

whichever is shorter.

**9. Concealment or Fraud**

There is no coverage under this policy *you* or any other *person* insured under t... policy has made false statements with... intent to conceal or misrepresent any ma... rial fact or circumstance in connect... with any claim under this policy.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured named in the declarations is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is nonassessable.

3. **Annual Meeting.** The annual meeting the members of the company shall be he... at its home office at Bloomington, Illin... on the second Monday of June at the h... of 10:00 A.M., unless the Board of Dir... tors shall elect to change the time a... place of such meeting, in which case, ... not otherwise, due notice shall be mail... each member at the address disclosed ... this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused t... policy to be signed by its President and Secretary at Bloomington, Illinois.

*Kim M. Brunner*

SECRETARY

*Edward B Rust, J...*

PRESIDEN...

9811A

31
9811A

31
9811A

## WHAT IT IS AND WHERE YOU CAN FIND IT — THE INDEX

**PAGE NO.**

5    Reporting a Claim — Insured's Duties — What to do if *you* have an accident, claim or are sued.

2    Defined Words

4    Declarations Continued

4    When and Where Your Coverage Applies

5    Financed Vehicles – Coverage for Creditor

**Coverages**

7    **A — Liability** — When there is damage to others.

11    **C — Medical Payments** — When there are medical and funeral expenses.

14    **U — Uninsured Motor Vehicle** — When the other car or driver is not insured or is underinsured.

17    **D — Comprehensive** — When *your car* is damaged except by collision or upset. Any deductible amount is shown by the number beside "D" on the declarations page.

18    **G — Collision** — When *your car* is damaged by collision or upset. The deductible is shown by the number beside "G" on the declarations page.

19    **H — Emergency Road Service** — When *your car* breaks down or needs a tow.

19    **R — Car Rental Expense** — When *you* need to rent a *car* because of damage to *your car.*

20    **R1 — Car Rental and Travel Expenses** — When *you* need to rent a *car* and pay extra travel expenses because of damage to *your car.*

21    **R2 — Car Rental and Travel Expenses** — When *you* need to rent a *car* and pay extra travel expenses because of damage to *your car.*

25    **S — Death, Dismemberment and Loss of Sight** — Pays for death of or certain injuries to *persons* named.

25    **Z — Loss of Earnings** — Pays loss of *weekly earnings* to *persons* named.

**Conditions**

27    1.   Policy Changes

27    2.   Suit Against Us

27    3.   Our Right To Recover Our Payments

28    4.   Cancellation

29    5.   Renewal

29    6.   Conformance to Statute

29    7.   Premium

29    8.   Extended Coverage for Spouse

30    9.   Concealment or Fraud

30    **Mutual Conditions**

Policy Form 9811A

## CERTIFICATE OF SERVICE

I hereby certify I served the within and foregoing **NOTICE OF FILING**

**AND SERVICE OF STATE FARM AUTOMOBILE INSURANCE POLICY**

to all parties of record via Certified Mail-Return Receipt Requested and electronic

delivery as follows:

State Farm Mutual Automobile Insurance Co.
c/o Registered Agent
Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA  30092

State Farm Mutual Automobile Insurance Company
One State Farm Plaza
Bloomington, Illinois  61710
ATTN:  Legal Department

This 16th day of June, 2021.

/s/ *James L. Ford, Sr.*
James L. Ford, Sr.
Georgia Bar No. 268050
***Attorney for Plaintiff***

James Lee Ford, P.C.
2957 Hardman Court, N.E.
Atlanta, Georgia 30305
Email: jlf@jlfordlaw.com
Phone:  (678) 281-8750