UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY K. SISIA,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-02376-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia, this 5th day of January, 2022.

                                                    KEVIN P. WEIMER
                                                  CLERK OF COURT

                                    By:    s/Ciarra Oduka
                                                 Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 5, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Ciarra Oduka
       Deputy Clerk