UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY K. SISIA,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-02376-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of defendant's motion to dismiss, and the Court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Atlanta, Georgia, this 1st day of December, 2023.

               KEVIN P. WEIMER
               CLERK OF COURT

            By: s/Ciarra Steede
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 1, 2023
Kevin P. Weimer
Clerk of Court

By: s/Ciarra Steede
   Deputy Clerk